146

387 A.2d 877

**In re Sandra REESE, Lori Ann Reese, Jessie Alberta Reese and Nellie Agnes Reese.**

**Appeal of Paula S. and David REESE.**

Supreme Court of Pennsylvania.

Argued May 22, 1978.

Decided June 23, 1978.

Donald Marritz, Legal Services, Inc., Gettysburg, for appellant.

Chester Gitt Schultz, Gettysburg, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

OPINION

PER CURIAM:

Decree affirmed.

Each side to pay own costs.